Lois Harris, Respondent, v. Tudor Harris, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Helen Heinrich, Respondent, v. Queens Bus Lines, Inc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent thirty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Marian S. Honeyman, Respondent, v. Thomas F. Magner and Isabella C. Magner, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

International-Madison Bank and Trust Company, Respondent, v. Louis Silverman, Appellant, and Abraham B. Schlowsky, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of The City of New York to Acquire Title to the Real Property for the Opening of Clove Avenue (Road), from Fingerboard Road to Hylan (Southside Boulevard), in the Borough of Richmond, City of New York.— Motion granted to the extent of permitting the filing of a brief amicus curiæ. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Hylan (Southside) Boulevard, from Parkinson Avenue to Rosebank (Tompkins) Avenue, etc., in the Borough of Richmond, City of New York.— Motion granted to the extent of permitting the filing of a brief amicus curiæ. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., for the Addition to Upland Park, in the Borough of Queens, City of New York. The City of New York and Others, Appellants; Lena Bernstein and William C. Reid, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Estate of Samuel C. Collins, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.